**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-50698 | JCW | Judge: J. CRAIG WHITLEY | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BLOOD JR., RICHARD HENRY | | | Date Filed (f) or Converted (c): | 05/31/11 (f) |
| | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 12/31/11 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 15.00 | 0.00 | DA | 0.00 | FA |
| 2. Peoples Bank | 7,900.00 | 4,000.00 | | 4,000.00 | FA |
| Per Court Order No. 19 dated 12/19/11 | | | | | |
| 3. BB&T Checking | 530.00 | 0.00 | DA | 0.00 | FA |
| 4. Tool Shed: Hand Tools/Power Tools/Lawn Mower/Weed | 700.00 | 0.00 | DA | 0.00 | FA |
| 5. 401K Fidelity Investment | 133,099.08 | 0.00 | DA | 0.00 | FA |
| 6. 2003 Dodge 1500 VIN Number: 1D7HA16N13J539210 | 9,250.00 | 750.00 | | 0.00 | 750.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $151,494.08 | $4,750.00 | | $4,000.00 | $750.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 31, 2012 - Trustee is reviewing records.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

/s/    BARRETT L. CRAWFORD, TRUSTEE
_____    Date: 01/31/12
BARRETT L. CRAWFORD, TRUSTEE
LAW OFFICE OF BARRETT L. CRAWFORD, P. A.
209 RODORET ST N
POST OFFICE BOX 400
VALDESE, NC  28690-0400

LFORM1    Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 11-50698    JCW    Judge: J. CRAIG WHITLEY | Trustee Name: BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: | BLOOD JR., RICHARD HENRY | Date Filed (f) or Converted (c): 05/31/11 (f) |
| | | 341(a) Meeting Date: 07/11/11 |
| | | Claims Bar Date: |

Phone: (828) 879-2001
Bar Number: 15807

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 11-50698 -JCW | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | BLOOD JR., RICHARD HENRY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0078  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8113 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/11 | 2 | Richard H. Blood Jr<br>Claudia A Blood<br>4818 Sagittarius Cir<br>Denver NC 28037 | Non-exempt equity | 1129-000 | 4,000.00 | | 4,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 0.00 | 4,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0078 | 4,000.00 | 0.00 | 4,000.00 |
| | 4,000.00 | 0.00 | 4,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

 /s/    BARRETT L. CRAWFORD, TRUSTEE
Trustee's Signature: _____  Date: 01/31/12
BARRETT L. CRAWFORD, TRUSTEE
LAW OFFICE OF BARRETT L. CRAWFORD, P. A.
209 RODORET ST N
POST OFFICE BOX 400
VALDESE, NC  28690-0400

Page Subtotals       4,000.00        0.00

Ver: 16.05c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 11-50698 -JCW | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | BLOOD JR., RICHARD HENRY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0078  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8113 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Phone: (828) 879-2001
Bar Number: 15807

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24