

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 11−50698
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Richard Henry Blood Jr.
      aka Richard Blood Jr., aka Richard Henry Blood,
      aka Blood Richard Henry, aka Richard H. Blood Jr.
   11149 Navajo Drive
   St. Petersburg, FL 33708
   Social Security No.: xxx−xx−8843

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Barrett Crawford is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: April 29, 2015                    BY THE COURT

                                         Laura T. Beyer
                                         United States Bankruptcy Judge

Electronically filed and signed (4/29/15)